IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTHONY BOYD,                    )
                                 )
    Plaintiff,               )
                                 )
v.                               )     CASE NO. 2:14-CV-1017-WKW
                                 )        (WO – Do Not Publish)
WALTER MYERS, *et al.*,          )
                                 )
    Defendants.              )

## **ORDER**

It is ORDERED that Defendants shall show cause, in writing, on or before **November 9, 2015**, why Plaintiff's Motion to Vacate Judgment (Doc. # 52) should not be granted.

DONE this 2nd day of November, 2015.

                           /s/ W. Keith Watkins
                CHIEF UNITED STATES DISTRICT JUDGE